IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Brown, Everett | Case Number: 04 B 35674 |
|---|---|---|
| | Brown, Melissa | Judge: Hollis, Pamela S |
| | Printed: 12/23/08 | Filed: 9/27/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: November 3, 2008
Confirmed: November 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 29,150.00 | |
| Secured: | | 19,326.76 |
| Unsecured: | | 5,192.64 |
| Priority: | | 0.00 |
| Administrative: | | 2,354.00 |
| Trustee Fee: | | 1,517.70 |
| Other Funds: | | 758.90 |
| Totals: | 29,150.00 | 29,150.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Stefans Stefans & Stefans | Administrative | 2,354.00 | 2,354.00 |
| 2. | Triad Financial Services | Secured | 17,463.96 | 17,463.96 |
| 3. | Monterey Financial Services | Secured | 1,862.80 | 1,862.80 |
| 4. | American General Finance | Unsecured | 618.17 | 618.17 |
| 5. | CFC Financial Corp | Unsecured | 83.06 | 83.06 |
| 6. | Monterey Financial Services | Unsecured | 79.03 | 79.03 |
| 7. | American General Finance | Unsecured | 429.64 | 429.64 |
| 8. | Peoples Energy Corp | Unsecured | 159.19 | 0.00 |
| 9. | Premier Bankcard | Unsecured | 132.06 | 132.06 |
| 10. | Triad Financial Services | Unsecured | 3,850.68 | 3,850.68 |
| 11. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 12. | West Suburban Hospital | Unsecured | | No Claim Filed |
| 13. | Visa Card Services | Unsecured | | No Claim Filed |
| 14. | AT&T | Unsecured | | No Claim Filed |
| | | | $ 27,032.59 | $ 26,873.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Brown, Everett               Case Number:  04 B 35674
        Brown, Melissa               Judge:  Hollis, Pamela S
        Printed: 12/23/08            Filed:  9/27/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---------:|-----------:|
| 6.5%     | 178.75     |
| 4%       | 76.99      |
| 3%       | 49.51      |
| 5.5%     | 302.50     |
| 5%       | 82.50      |
| 4.8%     | 171.60     |
| 5.4%     | 631.65     |
| 6.6%     | 24.20      |
|          | $ 1,517.70 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

